USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/29/09

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------x
CHRISTOPHER CLARK,

                        Plaintiff,

   - against -

THE NEW YORK CITY POLICE DEPARTMENT,
9th Precinct, et al.,

                        Defendant.
------------------------------------------x

08 Civ. 8544(GBD)(DFE)

This is not an ECF case

MEMORANDUM AND ORDER

DOUGLAS F. EATON, United States Magistrate Judge.

    I am responding to Mr. Clark's December 8, 2008 application for court appointed counsel. For the reasons discussed below, I deny his request.

    The Court of Appeals for the Second Circuit has held:

> When deciding whether to assign counsel to an indigent civil litigant under 28 U.S.C. § 1915(e)(1), we look first to the "likelihood of merit" of the underlying dispute. *Hendricks v. Coughlin*, 114 F.3d 390, 392 (2d Cir. 1997); *see also Cooper v. A. Sargenti Co.*, 877 F.2d 170, 174 (2d Cir. 1989) (*per curiam*). Thus, even though a claim may not be characterized as frivolous, counsel should not be appointed in a case where the merits of the indigent's claim are thin and his chances of prevailing are therefore poor. *See Cooper*, 877 F.2d at 172. Only after an initial finding that a claim is likely one of substance, will we consider secondary factors such as the factual and legal complexity of the case, the ability of the litigant to navigate the legal minefield unassisted, and any other reason why in the particular case appointment of counsel would more probably lead to a just resolution of the dispute. *Hodge v. Police Officers*, 802 F.2d 58, 61-62 (2d Cir. 1986).

*Carmona v. U.S. Bureau of Prisons*, 243 F.3d 629, 632 (2d Cir. 2001). The Second Circuit has repeated this rule, and every judge in the Second Circuit must follow it. *See, e.g., Ferelli v. River Manor Health Care Center*, 323 F.3d 196 (2d Cir. 2003).

-1-

USDC SDNY
DATE SCANNED 4/29/09

On the present record, I am unable to make a finding that the claims in the Complaint are "likely one[s] of substance." Moreover, this case is not complex. Accordingly, I deny his request for appointed counsel without prejudice to a second application after further proceedings have been held, and in no event should plaintiff make such an application before he receives the defendants' Answer or motion, which is due on May 15, 2009.

_____
DOUGLAS F. EATON
United States Magistrate Judge
500 Pearl Street, Room 1360
New York, New York 10007
Telephone: (212) 805-6175
Fax: (212) 805-6181

Dated:    New York, New York
          April 29, 2009

Copies of this Memorandum and Order are being sent by mail to:

Christopher Clark
08-A-4081
Greene Correctional Facility
P.O. Box 8
Coxsackie, NY 12051-0008

Ezra Schulman, Esq.
Assistant Corporation Counsel
New York City Law Department
100 Church Street
New York, NY 10007

Hon. George B. Daniels