UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------x

CHRISTOPHER CLARK N.Y.S.I.D. # 72495013

                                                08 Civ. 8544 (GBD)(DFE)

                           Plaintiff,

                                                MEMORANDUM AND ORDER

     -against-

NEW YORK CITY
POLICE DEPARTMENT
DET. VELIZ 9TH PCT.
JOHN DOES/ INDIVIDUAL; OFFICIAL
CAPACITY
DET. FRAZIER

                        Defendants.



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/10/09

------------------------------------------x

DOUGLAS F. EATON, United States Magistrate Judge.

To Counsel for the Defendants and Plaintiff Pro Se:

     Counsel for the defendants (and, by telephone, the plaintiff pro se) are hereby Ordered to appear for a conference at 500 Pearl Street, New York, New York, 10007 on September 23, 2009 at 10:00 a.m.

     The staff of Greene Correctional Facility is Ordered to make Christopher Clark, DIN # 08-A-4081, available for a telephone conference with the Court on September 23, 2009 at 10:00 a.m. by permitting Mr. Clark to call the Court at that time at the following number: (212) 805-~~6296~~ 6175, but preferably arranging for Mr. Clark to receive a call from me.

SO ORDERED

New York, New York
September 10, 2009

                                      _/s/ Douglas F. Eaton_
                                      DOUGLAS F. EATON
                                      United States Magistrate Judge
                                      500 Pearl Street, Room 1360
                                      New York, New York 10007
                                      Telephone: (212) 805-6175
                                      Fax: (212) 805-6191

COPY MAILED / FAXED TO:
COUNSEL FOR PLTFF(S). _____
COUNSEL FOR DFT(S): ✓
PLTFF PRO SE: ✓
DFT. PRO SE: _____
DATE: 9/10/09
BY: _____

Copies of this Memorandum and Order were sent on this date by mail to:

Christopher Clark
08-A-4081
Greene Correctional Facility
P.O. Box 8
Coxsackie, NY 12051-0008
Plaintiff *pro se*

Johana V. Castro, Esq. and
Ezra Schulman
Special Federal Litigation Division
New York City Law Department
100 Church Street
New York, NY 10007