DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/24/09

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
CHRISTOPHER CLARK,

                        Plaintiff,

     - against -

NEW YORK CITY POLICE DEPARTMENT;
[POLICE OFFICER MARIA] VELIZ;
[POLICE OFFICER JOE] FRAZIER;
JOHN DOES / individual; official
capacity;

                        Defendants.
------------------------------------x
```

08 Civ. 8544 (GBD)(DFE)

(This is not an ECF case.)

MEMORANDUM AND ORDER

DOUGLAS F. EATON, United States Magistrate Judge.

    On September 23, 2009, I held the Initial Case Management Conference with the plaintiff prisoner by telephone and with the New York City Law Department's Ezra Schulman and Prethi Reddy in person in my chambers.

    Although the Complaint alleges that the officer stopped and arrested plaintiff on "12/9/07," both sides now agree that the date was actually December 19, 2007. After filing the Answer, the Law Department obtained the certified record of the state court proceedings arising out of the arrest in issue. The Law Department now plans to make a dismissal motion to Judge Daniels. Plaintiff says he is in the process of retaining an attorney for this civil lawsuit. I explained to him that, unless and until an attorney serves and files a formal Notice of Appearance in this lawsuit, plaintiff will have to proceed as best he can without an attorney. At his request, I did give him more time than normal to respond to the expected dismissal motion.

    I directed the defendants to serve and file any dismissal motion by October 8, 2009.

    I directed plaintiff to serve and file any opposing papers by November 30, 2009. For plaintiff, "serve" means to send a copy to Ezra Schulman. For a *pro se* plaintiff, "file" means to send the original to the Pro Se Office and a courtesy copy to Judge Daniels, both with a signed certificate that a true copy has been mailed to Mr. Schulman. All three mailing addresses are shown at the end of today's Memorandum and Order.

-1-

USDC SDNY
DATE SCANNED 9/24/09

    I direct the defendants to serve and file any reply papers within 10 business days after service of plaintiff's opposing papers.

*[signature]*

DOUGLAS F. EATON
United States Magistrate Judge
500 Pearl Street, Room 1360
New York, New York 10007
Telephone: (212) 805-6175
Fax: (212) 805-6181fax

Dated:    New York, New York
           September 24, 2009

Copies of this Memorandum and Order are being sent by mail to:

Christopher Clark
08-A-4081
Greene Correctional Facility
P.O. Box 8
Coxsackie, NY 12051-0008

Johana V. Castro, Esq. and
Ezra Schulman
Special Federal Litigation Division
New York City Law Department
100 Church Street
New York, NY 10007

Pro Se Office
Room 230, U.S. Courthouse
500 Pearl Street
New York, NY 10007

Hon. George B. Daniels
U.S. District Judge
Room 630, U.S. Courthouse
500 Pearl Street
New York, NY 10007